**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 09-16892-PSH |
|---|---|---|
|  | § |  |
| MAXIMO NEGRILLO | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $376,100.00 | Assets Exempt: | $31,600.00 |
| Total Distributions to Claimants: | $1,808.70 | Claims Discharged Without Payment: | $92,970.82 |
| Total Expenses of Administration: | $692.73 | | |

3) Total gross receipts of $2,501.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,501.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $356,999.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $692.73 | $692.73 | $692.73 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $93,058.00 | $94,779.52 | $94,779.52 | $1,808.70 |
| **Total Disbursements** | $450,057.00 | $95,472.25 | $95,472.25 | $2,501.43 |

4). This case was originally filed under chapter 7 on 05/08/2009. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2010        By: /s/ David P. Leibowitz
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 Mercedes Benz C240 w/ over 58,000 miles | 1129-000 | $2,500.00 |
| Interest Earned | 1270-000 | $1.43 |
| **TOTAL GROSS RECEIPTS** | | **$2,501.43** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mtg | 4110-000 | $345,139.00 | NA | $0.00 | $0.00 |
| | State Farm Fncl Svcs F | 4110-000 | $11,860.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$356,999.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $625.31 | $625.31 | $625.31 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $67.42 | $67.42 | $67.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$692.73** | **$692.73** | **$692.73** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA, | 7100-000 | $18,695.00 | $18,695.65 | $18,695.65 | $356.77 |

**UST Form 101-7-TDR (10/1/2010)**

| Claimant | Code | | | | |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | | | | | |
| Chase Bank USA, N.A. | 7100-000 | $5,998.00 | $5,998.60 | $5,998.60 | $114.47 |
| Chase Bank USA, N.A. | 7100-000 | $3,275.00 | $3,436.58 | $3,436.58 | $65.58 |
| Chase Bank USA, N.A. | 7100-000 | $5,516.00 | $5,697.89 | $5,697.89 | $108.73 |
| DISCOVER BANK | 7100-000 | $7,968.00 | $7,968.86 | $7,968.86 | $152.07 |
| Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent | 7100-000 | $14,144.00 | $14,503.61 | $14,503.61 | $276.78 |
| PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $15,266.00 | $15,673.77 | $15,673.77 | $299.11 |
| PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $2,304.00 | $2,304.51 | $2,304.51 | $43.98 |
| PYOD LLC its successors and assigns as assignee of Citibank | 7100-000 | $19,892.00 | $20,500.05 | $20,500.05 | $391.21 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $93,058.00 | $94,779.52 | $94,779.52 | $1,808.70 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 09-16892-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NEGRILLO, MAXIMO | Date Filed (f) or Converted (c): | 05/08/2009 (f) |
| For the Period Ending: | 12/19/2010 | §341(a) Meeting Date: | 06/24/2009 |
| | | Claims Bar Date: | 04/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4556 N. Meade, Residence. Has 1/2/ interest with | $365,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Cash | $0.00 | $0.00 | DA | $0.00 | FA |
| 3 | Checking account with Chase Bank | $0.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking account with Corus Bank | $0.00 | $0.00 | DA | $0.00 | FA |
| 5 | Sofa, Loveseat, 3 T.V.s, VCR, DVD Player, Dining | $800.00 | $800.00 | DA | $0.00 | FA |
| 6 | Books, Cds, DVDs | $100.00 | $100.00 | DA | $0.00 | FA |
| 7 | Used Clothing | $100.00 | $0.00 | DA | $0.00 | FA |
| 8 | Watch | $100.00 | $0.00 | DA | $0.00 | FA |
| 9 | 401k through employer | $10,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | 2004 Mercedes Benz C240 w/ over 58,000 miles | $9,975.00 | $3,575.00 | | $2,500.00 | FA |
| 11 | 2006 Jeep Cherokee w/ over 50,000 miles (Debtor | $11,000.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned                                (u) | Unknown | Unknown | | $1.43 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $397,075.00 | $4,475.00 | | $2,501.43 | $0.00 |

**Major Activities affecting case closing:**

TFR To be done

POC bar date 04/12/2010

Chase to file POC  then TFR 01/14/10

Prepare TDR

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/24/2011 |
| **Current Projected Date Of Final Report (TFR):** | 06/24/2011 |

Page No: 1
FORM 2
Case 09-16892  Doc 30  Filed 12/19/10  Entered 12/19/10 01:37:48  Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document    Page 6 of 11
Exhibit 9

| **Case No.** | 09-16892-PSH | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | NEGRILLO, MAXIMO | | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******1691 | | | **Money Market Acct #:** | ******4665 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 5/8/2009 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/19/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********4665 | 9999-000 | $2,500.85 | | $2,500.85 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.11 | | $2,500.96 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.15 | | $2,501.11 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.11 | | $2,501.22 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,501.22 | $0.00 |
| | | | **TOTALS:** | | $2,501.22 | $2,501.22 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,500.85 | $2,501.22 | |
| | | | **Subtotal** | | $0.37 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.37 | $0.00 | |

| **For the period of 5/8/2009 to 12/19/2010** | | **For the entire history of the account between 04/06/2010 to 12/19/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.37 | Total Compensable Receipts: | $0.37 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.37 | Total Comp/Non Comp Receipts: | $0.37 |
| Total Internal/Transfer Receipts: | $2,500.85 | Total Internal/Transfer Receipts: | $2,500.85 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,501.22 | Total Internal/Transfer Disbursements: | $2,501.22 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 09-16892-PSH | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | NEGRILLO, MAXIMO | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| **Primary Taxpayer ID #:** | ******1691 | | **Money Market Acct #:** | ******4665 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account | |
| **For Period Beginning:** | 5/8/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 12/19/2010 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/13/2009 | (10) | Maximo Negrillo | 2004 Mercedes | 1129-000 | $2,500.00 | | $2,500.00 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $2,500.05 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $2,500.15 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $2,500.25 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $2,500.35 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $2,500.45 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $2,500.55 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.09 | | $2,500.64 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.09 | | $2,500.73 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,500.84 |
| 04/06/2010 | | Wire out to BNYM account ********4665 | Wire out to BNYM account ********4665 | 9999-000 | ($2,500.85) | | ($0.01) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.01 | | $0.00 |

| | | | |
|---|---|---|---|
| | **TOTALS:** | $0.00 | $0.00 | $0.00 |
| | **Less: Bank transfers/CDs** | ($2,500.85) | $0.00 | |
| | **Subtotal** | $2,500.85 | $0.00 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $2,500.85 | $0.00 | |

**For the period of 5/8/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.85 |
| Total Internal/Transfer Receipts: | ($2,500.85) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/13/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.85 |
| Total Internal/Transfer Receipts: | ($2,500.85) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16892-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NEGRILLO, MAXIMO | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1691 | Checking Acct #: | ******6892 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/8/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2010 | | Transfer From: #******6892 | | 9999-000 | $2,501.43 | | $2,501.43 |
| 08/25/2010 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $625.31 | $1,876.12 |
| 08/25/2010 | 2002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $67.42 | $1,808.70 |
| 08/25/2010 | 2003 | DISCOVER BANK | Claim #: 1; Amount Claimed: 7,968.86; Amount Allowed: 7,968.86; Distribution Dividend: 1.91; | 7100-000 | | $152.07 | $1,656.63 |
| 08/25/2010 | 2004 | PYOD LLC its successors and assigns as assignee of | Claim #: 2; Amount Claimed: 15,673.77; Amount Allowed: 15,673.77; Distribution Dividend: 1.91; | 7100-000 | | $299.11 | $1,357.52 |
| 08/25/2010 | 2005 | PYOD LLC its successors and assigns as assignee of | Claim #: 3; Amount Claimed: 2,304.51; Amount Allowed: 2,304.51; Distribution Dividend: 1.91; | 7100-000 | | $43.98 | $1,313.54 |
| 08/25/2010 | 2006 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 20,500.05; Amount Allowed: 20,500.05; Distribution Dividend: 1.91; | 7100-000 | | $391.21 | $922.33 |
| 08/25/2010 | 2007 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 18,695.65; Amount Allowed: 18,695.65; Distribution Dividend: 1.91; | 7100-000 | | $356.77 | $565.56 |
| 08/25/2010 | 2008 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 5,998.60; Amount Allowed: 5,998.60; Distribution Dividend: 1.91; | 7100-000 | | $114.47 | $451.09 |
| 08/25/2010 | 2009 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 3,436.58; Amount Allowed: 3,436.58; Distribution Dividend: 1.91; | 7100-000 | | $65.58 | $385.51 |
| 08/25/2010 | 2010 | Chase Bank USA, N.A. | Claim #: 8; Amount Claimed: 5,697.89; Amount Allowed: 5,697.89; Distribution Dividend: 1.91; | 7100-000 | | $108.73 | $276.78 |
| 08/25/2010 | 2011 | Fia Card Services, NA/Bank of America by | Claim #: 9; Amount Claimed: 14,503.61; Amount Allowed: 14,503.61; Distribution Dividend: 1.91; | 7100-000 | | $276.78 | $0.00 |
| | | | | **SUBTOTALS** | $2,501.43 | $2,501.43 | |

Page No: 4
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9
Case 09-16892    Doc 30    Filed 12/19/10    Entered 12/19/10 01:37:48    Desc Main
Document    Page 9 of 11

| | |
|---|---|
| **Case No.** | 09-16892-PSH |
| **Case Name:** | NEGRILLO, MAXIMO |
| **Primary Taxpayer ID #:** | ******1691 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 5/8/2009 |
| **For Period Ending:** | 12/19/2010 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Checking Acct #:** | ******6892 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,501.43 | $2,501.43 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,501.43 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,501.43 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,501.43 | |

**For the period of  5/8/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,501.43 |
| | |
| Total Compensable Disbursements: | $2,501.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,501.43 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 08/25/2010 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,501.43 |
| | |
| Total Compensable Disbursements: | $2,501.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,501.43 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-16892-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NEGRILLO, MAXIMO | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1691 | Money Market Acct #: | ******6892 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/8/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $2,501.22 | | $2,501.22 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $2,501.24 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.11 | | $2,501.35 |
| 08/25/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 8/25/2010 | 1270-000 | $0.08 | | $2,501.43 |
| 08/25/2010 | | Transfer To: #******6892 | | 9999-000 | | $2,501.43 | $0.00 |
| | | | **TOTALS:** | | $2,501.43 | $2,501.43 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,501.22 | $2,501.43 | |
| | | | **Subtotal** | | $0.21 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.21 | $0.00 | |

**For the period of 5/8/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.21 |
| Total Internal/Transfer Receipts: | $2,501.22 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,501.43 |

**For the entire history of the account between 06/25/2010 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.21 |
| Total Internal/Transfer Receipts: | $2,501.22 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,501.43 |

FORM 2

Page No: 6

Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 09-16892    Doc 30    Filed 12/19/10    Entered 12/19/10 01:37:48    Desc Main
              Document        Page 11 of 11

| Case No. | 09-16892-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NEGRILLO, MAXIMO | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1691 | Money Market Acct #: | ******6892 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/8/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,501.43 | $2,501.43 | $0.00 |

**For the period of 5/8/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $2,501.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,501.43 |
| Total Internal/Transfer Receipts: | $5,002.65 |
| | |
| Total Compensable Disbursements: | $2,501.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,501.43 |
| Total Internal/Transfer Disbursements: | $5,002.65 |

**For the entire history of the case between 05/08/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $2,501.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,501.43 |
| Total Internal/Transfer Receipts: | $5,002.65 |
| | |
| Total Compensable Disbursements: | $2,501.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,501.43 |
| Total Internal/Transfer Disbursements: | $5,002.65 |